<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

Case number *(if known)* _____ Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | Debtor's name | **Windsor Elmhaven Care Center, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Windsor Elmhaven Care Center** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **20-8211975** |

4. Debtor's address

**Principal place of business**

**7447 Sepulveda Blvd.**
**Van Nuys, CA 91405**
Number, Street, City, State & ZIP Code

**Los Angeles**
County

**Mailing address, if different from principal place of business**

**6940 Pacific Avenue**
**Stockton, CA 95207**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**
**6940 Pacific Avenue Stockton, CA 95207**
Number, Street, City, State & ZIP Code

5. Debtor's website (URL)  _____

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Windsor Elmhaven Care Center, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**7. Describe debtor's business**

A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

   6231

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor    **Windsor Elmhaven Care Center, LLC**                              Case number (*if known*) _____
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☑ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **See Attachment** | Relationship | _____ |
|---|---|---|---|
| District | _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in this district?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
        Contact name _____
        Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor    **Windsor Elmhaven Care Center, LLC**                                             Case number (*if known*) _____
          _____
          Name

**16.  Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Pending Bankruptcy Cases of Affiliates | Case Number | Date Filed | Location |
|---|---|---|---|
| S&F Home Health Opco I, LLC | To be assigned | Filed Concurrently | Central District of California |
| S&F Hospice Opco I, LLC | To be assigned | Filed Concurrently | Central District of California |
| S&F Market Street Healthcare, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Care Center National City, Inc. | To be assigned | Filed Concurrently | Central District of California |
| Windsor Cheviot Hills, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Country Drive Care Center, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Court Assisted Living, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Cypress Gardens Healthcare, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor El Camino Care Center, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Elk Grove and Rehabilitation, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Gardens Convalescent Hospital, Inc. | To be assigned | Filed Concurrently | Central District of California |
| Windsor Hampton Care Center, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Monterey Care Center, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Rosewood Care Center, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Skyline Care Center, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Terrace Healthcare, LLC **(LEAD CASE)** | To be assigned | Filed Concurrently | Central District of California |
| Windsor The Ridge Rehabilitation Center, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Vallejo Care Center, LLC | To be assigned | Filed Concurrently | Central District of California |

Debtor   **Windsor Elmhaven Care Center, LLC**                                   Case number (*if known*) _____

_____
Name

▓▓▓  **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 23, 2023**
                      MM / DD / YYYY

X  _A Tress_____          **Avrohom Tress**
Signature of authorized representative of debtor            Printed name

Title   **Manager**

**18. Signature of attorney**

X  _____          Date  **August 23, 2023**
Signature of attorney for debtor                                    MM / DD / YYYY

**Ron Bender 143364**
Printed name

**Levene, Neale, Bender, Yoo & Golubchik L.L.P**
Firm name

**2818 La Cienega Avenue**
**Los Angeles, CA 90034**
Number, Street, City, State & ZIP Code

Contact phone  **(310) 229-1234**          Email address   **rb@lnbyg.com**

**143364 CA**
Bar number and State

## WINDSOR ELMHAVEN CARE CENTER, LLC
## MEMBER RESOLUTIONS RELATING TO CHAPTER 11 BANKRUPTCY CASE

August 22, 2023

The following Resolutions were duly enacted by a unanimous vote of the Members (the "Members") of Windsor Elmhaven Care Center, LLC (the "Company"), and the same shall remain in full force and effect, without modification, unless and until the Members adopt a further resolution to the contrary:

RESOLVED, that the Company shall file a voluntary petition under chapter 11 of the Bankruptcy Code on August 23, 2023 or such other date determined by Avrohom Tress ("AT") to be in the best interests of the Company, its creditors and other parties in interest, after consultation with the Company's counsel. AT is authorized to sign the voluntary bankruptcy petition and all related documents for the Company as the authorized representative of the Company, and AT is authorized to designate any other officer, professional or designated representative to sign any other documents on behalf of the Company.

FURTHER RESOLVED, that the Company's retention of Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG") to serve as the Company's bankruptcy counsel is approved upon terms that are mutually acceptable to the Company and LNBYG. AT, in his capacity as the authorized representative of the Company, is hereby authorized to negotiate the terms of the Company's employment of LNBYG and to execute the Company's retention agreement and/or bankruptcy employment application with LNBYG or to designate any other officer, professional or designated representative to sign any such documents on behalf of the Company.

FURTHER RESOLVED, that, in his capacity as the authorized representative of the Company, AT is hereby authorized to cause the Company to employ any other professionals to represent or assist the Company in connection with the Company's chapter 11 bankruptcy case that AT deems to be in the best interests of the Company and to execute such other retention agreements and/or bankruptcy employment applications or to designate any other officer, professional or designated representative to sign any such documents on behalf of the Company.

FURTHER RESOLVED, that following the filing of the Company's chapter 11 bankruptcy case, AT, in his capacity as the authorized

representative of the Company, is hereby authorized on behalf of and in the name of the Company to execute and file and to cause counsel to the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action that AT deems necessary and proper in connection with the Company's bankruptcy case without the need for any further approval of the Members unless the Members subsequently decide to the contrary.  Such actions that AT has the authority to cause the Company to take without any further approval of the Members (unless the Members subsequently decide to the contrary) shall include, but not be limited to, all of the following: employing and compensating professionals; seeking Bankruptcy Court approval for the Company to use cash collateral and/or obtain post-bankruptcy financing and executing any agreements related to any of the foregoing; compensating employees; hiring and terminating employees; purchasing product or materials; selling product; entering into or continuing with agreements; collecting accounts receivable; negotiating with creditors, lenders, vendors, suppliers and landlords; assuming, assigning, or rejecting executory contracts and unexpired leases; renegotiating the terms of executory contracts and unexpired leases; signing new or amended contracts and leases; commencing and defending litigation involving the Company; selling or liquidating some or substantially all of the Company's assets; causing the Company to propose a plan of reorganization or liquidation and related disclosure statement and to seek to confirm a plan of reorganization or liquidation; and causing the Company to take whatever steps are necessary to be in compliance with any orders of the Bankruptcy Court.  AT is also authorized to designate any other officer, professional or designated representative to sign any documents related to any of the foregoing on behalf of the Company.

FURTHER RESOLVED, that all prior acts and deeds of AT or the other officers of the Company acting in their capacity as an authorized representative of the Company, as the case may be, taken to carry out the intent and accomplish the purposes of the foregoing resolutions, are hereby approved, adopted, ratified and confirmed in all respects as the respective acts and deeds of the Company.

IN WITNESS WHEREOF, the above resolutions have been authorized, adopted, ratified and approved.

MANAGER:

_A Tress_

**AVROHOM TRESS**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name        **Windsor Elmhaven Care Center, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

Case number (if known)    _____

☐ Check if this is an
    amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

|   | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    <u>August 23, 2023</u>        X    *A Tress*
                                Signature of individual signing on behalf of debtor

                            **Avrohom Tress**
                            Printed name

                            **Manager**
                            Position or relationship to debtor

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | Windsor Elmhaven Care Center, LLC | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO | ☐ Check if this is an |
| Case number (if known): | _____ | amended filing |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| HEALTHCARE SERVICES GROUP INC 3220 TILLMAN DR SUITE 300 BENSALEM, PA 19020 | | | | | | $1,110,416.37 |
| DEPARTMENT OF HEALTH CARE SERVICES MS 1101 PO BOX 997415 SACRAMENTO, CA 95899-7415 | | | | | | $963,075.71 |
| SELECT REHABILITATION PO BOX 71985 CHICAGO, IL 60694-1985 | | | | | | $756,887.34 |
| MCKESSON MEDICAL SURGICAL P.O. 690693 CINCINNATI, OH 45263-0693 | | | | | | $515,995.84 |
| SKILLED NURSING PHARMACY 16666 E. JOHNSON DRIVE SUITE "C" CITY OF INDUSTRY, CA 91745 | | | | | | $232,752.48 |
| Karen Guarnera-McCormick 4713 Greenleaf Ct Modesto, CA 95356 | | | | | | $151,387.50 |

Debtor   **Windsor Elmhaven Care Center, LLC**                                    Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| L/O GOODWIN & GHECEA CTA 1508 COFFEE ROAD SUITE 1 MODESTO, CA 95355 | | | | | | **$150,000.00** |
| SYSCO FOOD SERVICES PO BOX 138007 SACRAMENTO, CA 95813-8007 | | | | | | **$77,295.30** |
| JVG TRANSPORTATION 1330 W. ROBINHOOD DR. SUITE B STOCKTON, CA 95207 | | | | | | **$42,514.30** |
| COVIDIEN SALES LLC 800 53RD AVE NORTHEAST COLUMBIA HEIGHTS, MN 55421 | | | | | | **$39,922.58** |
| DIAGNOSTIC LABORATORIES & RADIOLOGY - AZ PO BOX 676210 ATTN: CASH APPS DALLAS, TX 75267-6210 | | | | | | **$28,441.31** |
| CLINICAL RESOURCES 3535 PEACHTREE RD SUITE 520 #327 ATLANTA, GA 30326 | | | | | | **$27,775.41** |
| CERTIFIED MEDICAL WASTE, LLC 2600 EXECUTIVE PKWY #360 LEHI, UT 84043 | | | | | | **$25,300.00** |
| COVENANT TRANSPORTATION 5506 BEARDSLEY LN STOCKTON, CA 95219 | | | | | | **$20,190.00** |

Debtor  **Windsor Elmhaven Care Center, LLC**
     Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| PMJ MEDICAL TRANSPORT PO BOX 692562 STOCKTON, CA 95269 | | | | | | $19,975.00 |
| LANDES MOBILE X-RAY CORPORATION P.O. BOX 576783 MODESTO, CA 95357-6783 | | | | | | $16,165.97 |
| HANSEN HUNTER & CO PC 7080 SW FIR LOOP, SUITE 100 PORTLAND, OR 97223 | | | | | | $15,000.00 |
| INTERACTIVE MEDICAL SYSTEMS PO BOX 843789 LOS ANGELES, CA 90084-3789 | | | | | | $13,571.70 |
| POINTCLICKCARE TECHNOLOGIES INC. PO BOX 674802 DETROIT, MI 48267-4802 | | | | | | $13,499.72 |
| Catherine L. Wicker Peck Law Group 6454 Van Nuys Boulevard, Suite 150 Los Angeles, CA 91401 | | | | | | $13,291.26 |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Ron Bender 143364**<br>**2818 La Cienega Avenue**<br>**Los Angeles, CA 90034**<br>**(310) 229-1234 Fax: (310) 229-1244**<br>California State Bar Number: **143364 CA**<br>rb@lnbyg.com | |

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

| In re:<br><br>   **Windsor Elmhaven Care Center, LLC** | CASE NO.:<br><br>CHAPTER: **11** |
|---|---|
| <br><br><br><br>Debtor(s). | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __19__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **August 23, 2023** _____

*A Tress*
Signature of Debtor 1

Date:  _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  **August 23, 2023** _____

Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                          **F 1007-1.MAILING.LIST.VERIFICATION**

Windsor Elmhaven Care Center, LLC
6940 Pacific Avenue
Stockton, CA 95207


Ron Bender
Levene, Neale, Bender, Yoo & Golubchik L.L.P
2818 La Cienega Avenue
Los Angeles, CA 90034


U.S. Trustee  San Fernando  Valley
915 Wilshire Blvd.
Suite 1850
Los Angeles, CA 90017


A C W PRESSURE WASH & STEAM
9773 BEN HALL DRIVE
GALT, CA 95632


AAA FIRE PROTECTION SERVICES
30113 UNION CITY BLVD
UNION CITY, CA 94587


ALAMEDA COUNTY ENVIRONMENTAL HEALTH
P.O. BOX N
ALMEDA, CA 94501-0108


ALLSTATE PLUMBING COMPANY
2000 WARM SPRING COURT
SUITE 2
FREMONT, CA 94539


AXIOM HEALTHCARE GROUP
2351 SUNSET BLVD STE 170-897
ROCKLIN, CA 95765

BEACH LAW GROUP LLP
500 E ESPLANADE DR
SUITE 1400
OXNARD, CA 93036


BIRTHDAY CHOCOLATES
6911 PALMER ROAD
GREENS FORK, IN 47345


BRIGGS HEALTHCARE CORP
7887 UNIVERSITY BLVD
CLIVE, IA 50325


BUTTE THERAPY
1050 N. UNION STREET
STOCKTON, CA 95205-4118


CA Dept of Health Care Services
Attn: Kenneth K Wang DOJ
300 S Spring St No 1702
Los Angeles, CA 90013


CAHF
2201 K ST.
SACRAMENTO, CA 95816


CALIFORNIA DEPART OF PUBLIC HEALTH
P.O. BOX 997434
MS 3202
SACRAMENTO, CA 95899-7434


CALIFORNIA DEPART OF PUBLIC HEALTH
CENTER FOR HEALTH CARE QUALITY
FISCAL MANAGEMENT BRANCH, MS3202
SACRAMENTO, CA 95899-7434

California Department of Insurance
Attorney General
302 S Spring St No 1704
Los Angeles, CA 90013


California Dept of Justice/Atty General
Medi-Cal Fraud & Elder Abuse
2329 Gateway Oaks Dr, Ste 200
Sacramento, CA 95833


California Dept of Public Health
Office of the Attorney General
301 S Spring St No 1702
Los Angeles, CA 90013


Catherine L. Wicker
Peck Law Group
6454 Van Nuys Boulevard, Suite 150
Los Angeles, CA 91401


CDW DIRECT
P.O. BOX 75723
CHICAGO, IL 60673-5723


CENTERS FOR MEDICARE AND MEDICAID SERVIC
DIVISION OF ACCOUNTING OPERATIONS
MAIL STOP C3-11-03
BALTIMORE, MD 21207


CERTIFIED MEDICAL WASTE, LLC
2600 EXECUTIVE PKWY #360
LEHI, UT 84043


CERTIPHI SCREENING INC
PO BOX 1675
SOUTHAMPTON, PA 18966

CERVANTES FRANCISCO J
208 COLUMBIA DR
LODI, CA 95240


CINTAS CORPORATION
P.O. BOX 29059
PHOENIX, AZ 85038-9059


CITY OF LOS ANGELES BUREAU OF SANITATION
INDUSTRIAL WASTE MGT DIVISION
2714 MEDIA CENTER DRIVE
LOS ANGELES, CA 90065


CLINICAL RESOURCES
3535 PEACHTREE RD
SUITE 520 #327
ATLANTA, GA 30326


COLLEGE OF LONG TERM CARE
12021 WILSHIRE BLVD #745
LOS ANGELES, CA 90025


COMCAST
P.O. BOX 34744
SEATTLE, WA 98124


COMMUNITY MOBILE DIAGNOSTICS
PO BOX 676210
DALLAS, TX 75267-6210


CORE ANALYTICS LABORATORY INC
14735 CALIFA ST
VAN NUYS, CA 91411

CORE ANALYTICS RADIOLOGY INC
14735 CALIFA ST
VAN NUYS, CA 91411


CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808


COVENANT TRANSPORTATION
5506 BEARDSLEY LN
STOCKTON, CA 95219


COVIDIEN SALES LLC
800 53RD AVE NORTHEAST
COLUMBIA HEIGHTS, MN 55421


CURASPAN HEALTH GROUP, INC.
PO BOX 744204
ATLANTA, GA 30374-4204


D A PARRISH & SONS INC
P.O. BOX 8580
STOCKTON, CA 95208


DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
PO BOX 5509
BINGHAMTON, NY 13902


Department of Health and Human Services
Federal Building
300 N Los Angeles St, Ste 7516
Los Angeles, CA 90012

DEPARTMENT OF HEALTH CARE
ACCESS AND INFORMATION
2020 WEST EL CAMINO AVE
SUITE 1000
SACRAMENTO, CA 95833


DEPARTMENT OF HEALTH CARE SERVICES
MS 1101 PO BOX 997415
SACRAMENTO, CA 95899-7415


DIAGNOSTIC LABORATORIES & RADIOLOGY - AZ
PO BOX 676210
ATTN: CASH APPS
DALLAS, TX 75267-6210


DIRECT SUPPLY EQUIPMENT
P.O. BOX 88201
MILWAUKEE, WI 53288


DJK COUNSEL LTD
1925 CENTURY PARK EAST ST 810
LOS ANGELES, CA 90067


DJOKIC MIROSLAV MD INC
1801 E MARCH LANE STE C-300
STOCKTON, CA 95210


ECOLAB PEST ELIMINATION INC
26252 Network Place
CHICAGO, IL 60673-1262


Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

ENTECH MEDICAL CORPORATION
1910 D STREET
LA VERNE, CA 91750


ENVIRONMENTAL HEALTH DEPARTMENT
1868 E. HAZELTON AVENUE
STOCKTON, CA 95202


Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952


FRANCHISE TAX BOARD
P.O. BOX 942857
SACRAMENTO, CA 94257


G S FIRE PROTECTION INC
P.O. BOX 3798
MISSION VIEJO, CA 92690-3798


GITTLER BRADFORD & BERG
10537 SANTA MONICA BLVD
THIRD FLOOR, SUITE 300
LOS ANGELES, CA 90025


GOSWAMIN K SANJEEV MD
1801 E MARCH LANE STE C-300
STOCKTON, CA 95210


GRAINGER-DEPT 886308907
DEPT 886308907
PALATINE, IL 60038

GREATER STOCKTON CHAMBER
445 W. WEBER AVE
SUITE 220
STOCKTON, CA 95203


GREEN LOOK AND PLUS
7223 ROCA WAY
SACRAMENTO, CA 95842


H D SUPPLY FACILITIES MAINT
PO BOX 509058
SAN DIEGO, CA 92150-9058


HANSEN HUNTER & CO PC
7080 SW FIR LOOP, SUITE 100
PORTLAND, OR 97223


HARRIS STATIONERS INC
8441 Canoga Avenue
Canoga Park, CA 91304


HEALTHCARE CLINICAL LABS
P.O. BOX 742330
LOS ANGELES, CA 90074-2330


HEALTHCARE LEARNING CENTER
1130 N EL DORADO ST.
STOCKTON, CA 95202


HEALTHCARE SERVICES GROUP INC
3220 TILLMAN DR
SUITE 300
BENSALEM, PA 19020

HOMECARE TECHNICAL SERVICES INC.
125 BUSINESS CENTER DRIVE
SUITE D
CORONA, CA 92880


HORIZON OXYGEN AND MEDICAL EQUIPMENT
1837 N NEVILLE ST
ORANGE, CA 92865


HPSI MENU SERVICES
1 ADA
SUITE 150
IRVINE, CA 92618-5338


IDENTITY LINKS
6211 W HOWARD ST
NILES, IL 60714


ILLUSTRATUS
8455 LENEXA DRIVE
LENEXA, KS 66214


INTERACTIVE MEDICAL SYSTEMS
PO BOX 843789
LOS ANGELES, CA 90084-3789


Internal Revenue Service  IRS
P.O. Box 7346
Philadelphia, PA 19101-7346


IPFS CORPORATION OF CALIFORNIA
1055 BROADWAY, 11TH FLOOR
KANSAS CITY, MO 64105

IRON MECHANICAL, INC
721 NORTH B ST, SUITE 100
SACRAMENTO, CA 95811


IRON MOUNTAIN RECORDS MGT
P.O. BOX 601002
PASADENA, CA 91189-1002


JERGEN'S INC
627 E OAK ST
LODI, CA 95240


JOHNSON CONTROLS INC
P.O. BOX 730068
DALLAS, TX 75373


JVG TRANSPORTATION
1330 W. ROBINHOOD DR. SUITE B
STOCKTON, CA 95207


Karen Guarnera-McCormick
4713 Greenleaf Ct
Modesto, CA 95356


L/O GOODWIN & GHECEA CTA
1508 COFFEE ROAD SUITE 1
MODESTO, CA 95355


LANDES MOBILE X-RAY CORPORATION
P.O. BOX 576783
MODESTO, CA 95357-6783

LANDO FABIO
6940 PACIFIC AVENUE
STOCKTON, CA 95210


LANDSCAPE WIZARDS
25 MERRIMAC CT.
PITTSBURG, CA 94565


LINDE GAS & EQUIPMENT INC
10 RIVERVIEW DR
DANBURY, CT 06810


LOS ANGELES COUNTY TAX COLLECT
225 NORTH HILL STREET
ROOM 122
LOS ANGELES, CA 90012


Los Angeles County Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0110


LOS ANGELES COUNTY TAX COLLECTOR
P.O. BOX 54018
LOS ANGELES, CA 90054-0018


MAXINE NIEL
6940 PACIFIC AVE
STOCKTON., CA 95207


MCKESSON MEDICAL SURGICAL
P.O. 690693
CINCINNATI, OH 45263-0693

MED SUPPLY
5105 E DAKOTA AVE STE 102
FRESNO, CA 93727


MED-PASS INC
L-3495
COLUMBUS, OH 43260-0001


MEDWASTE MANAGEMENT LLC
5850 W. 3RD STREET
SUITE 331
LOS ANGELES, CA 90036


MONTEREY COUNTY ENVIRONMENTAL
HEALTH BUREAU
1270 Natividad Road
SALINAS, CA 93906


MONTEREY COUNTY TAX COLLECTOR
P O BOX 891
SALINAS, CA 93902-0891


MORFYNN MEDICAL
2733 S. GAFFEY S. STE 7
SAN PEDRO, CA 90731


Mucle L. Lackey


MUZAK LLC
P.O. BOX 71010
CHARLOTTE, NC 28727-1070

NELLIE VILLANUEVA
111 W. ROSE ST
STOCKTON, CA 95202

NETSMART TECHNOLOGIES INC
PO BOX 713519
PHILADELPHIA, PA 19171

NETWORK SERVICES COMPANY
29060 NETWORK PLACE
CHICAGO, IL 60673-1290

NEXTCOM CORPORATION
5757 W CENTURY BLVD
SUITE 675
LOS ANGELES, CA 90045

OCCUPATIONAL HEALTH CENTERS
P.O. BOX 3700
RANCHO CUCAMONGA, CA 91729

P G & E
BOX 997300
SACRAMENTO, CA 95899

PACIFIC RECORDS MANAGEMENT
P.O. BOX 334
STOCKTON, CA 95201

Paul McCormick
Law Offices of Goodwin & Ghecea
4713 Greenleaf Circle, Suite A
Modesto, CA 95356

PMJ MEDICAL TRANSPORT
PO BOX 692562
STOCKTON, CA 95269


POINTCLICKCARE TECHNOLOGIES INC.
PO BOX 674802
DETROIT, MI 48267-4802


PORTER ONE DESIGN
37680 HILLS TECH DR
FARMINGTON HILLS, MI 48331


PREFERRED PLUMBING & DRAIN
503 BANGS AVENUE
SUITE H
MODESTO, CA 95356


PRIME CARE TECHNOLOGIES INC
6650 SUGARLOAF PARKWAY
SUITE 400
DULUTH, GA 30097


PURCEL LABS LLC
124 S MAPLE DR, SUITE B
BEVERLY HILLS, CA 90212


RAMAT MEDICAL
5812 W. PICO BLVD.
#A
LOS ANGELES, CA 90019


REAL TIME MEDICAL
PO BOX 645852
PITTSBURGH, PA 15264

REHASTE HARVEY WILSON & SALAMOFF LLP
1221 E DYER ROAD
SUITE 200
SANTA ANA, CA 92705


RELIANCE INDUSTRIAL LAUNDRY
25363 RODEO FLAT RD
AUBURN, CA 95602-8984


RICOH USA INC
P.O. BOX 31001-0850
PASADENA, CA 91110-0850


RJ10 CONSULTING LLC
21601 VANOWEN ST
SUITE 109
Canoga Park, CA 91303


SAN JOAQUIN COUNTY
ENVIRONMENTAL HEALTH DEPARTMENT
1868 E HAZELTON
STOCKTON, CA 95205


SAN JOAQUIN MEDICAL SOCIETY INC
3031 W MARCH LANE, STE 222W
STOCKTON, CA 95219


Secretary of the U.S. Dept of Health and
Human Services on behalf of the Centers
for Medicare and Medicaid Services
300 N Los Angeles St, Ste 7516
Los Angeles, CA 90012


SELECT REHABILITATION
PO BOX 71985
CHICAGO, IL 60694-1985

SHELLINE KLINGENFUSS
810 WENTWORTH AVE
MANTECA, CA 95336


SHIFAH TRANSPORTATION
2712 HORIZON CT
STOCKTON, CA 95206


SIDHU SHIVJITINDER SINGH
1140 NORMAN DR STE 4
MANTECA, CA 95336


SKILLED NURSING PHARMACY
16666 E. JOHNSON DRIVE
SUITE C
CITY OF INDUSTRY, CA 91745


SMART CARE EQUIPMENT SOLUTIONS
PO BOX 74008980
CHICAGO, IL 60674-8980


SOMTHIN' FISHY
10542 E KETTLEMAN LANE
LODI, CA 95240


SONIFI HEALTH INC
3900 W INNOVATION ST
SIOUX FALLS, SD 57107


ST JOSEPH'S MEDICAL CENTER
P.O. BOX 742330
LOS ANGELES, CA 90074-2332

STAPLES ADVANTAGE
PO BOX 660409
DALLAS, TX 75266


State Board of Equalization
Account Info Group, MIC:29
P.O. Box 942879
Sacramento, CA 94279-0029


State of California
Medi-Cal Fraud & Elder Abuse
2329 Gateway Oaks Dr, 2nd Fl
Sacramento, CA 95833


STOCKTON CITY OF
P.O. BOX 7193
PASADENA, CA 91109-7193


SWIFT INK LLC
47526 CLIPPER ST #700363
PLYMOUTH, MI 48170


SYSCO FOOD SERVICES
PO BOX 138007
SACRAMENTO, CA 95813-8007


THE PAUL REVERE LIFE INSURANCE COMPANY
1 FOUNTAIN SQUARE
CHATTANOOGA, TN 37402-1330


THE SSI GROUP LLC
DEPT 2455
P.O. BOX 11407
BIRMINGHAM, AL 35246-2455

TOTAL RENAL LABORATORIES INC
PO BOX 100244
ATLANTA, GA 30384-0244


TWOMAGNETS
PO BOX 103125
PASADENA, CA 91189-3125


US FOODS
PO BOX 842475
LOS ANGELES, CA 90084-2475


VIC THE PICC
1351 E PINE STREET
SUITE F
LODI, CA 95240


WALKER'S OFFICE SUPPLIES, INC.
4041 ALVIS COURT
ROCKLIN, CA 95677


WELLSKY CORPORATION
PO BOX 200086
DALLAS, TX 75320-0086


WESTERN STATE DESIGN, INC
2331 TRIPALDI WAY
HAYWARD, CA 94545-7106


WILSON GETTY LLP
12555 HIGH BLUFF DR STE 270
SAN DIEGO, CA 92130